IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON CONTRERAS, | : |
| Plaintiff | : |
| v. | : Case No.: 15-CV-00088 RMC |
| 7311 Georgia Avenue, LLC, et. al | : |
| Defendants | : |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a), Plaintiff hereby dismisses this claim with prejudice.

Respectfully submitted,

SULLIVAN, TALBOTT & BATT

BY _____
MITCHELL I. BATT, ESQUIRE
77 South Washington Street #304
Rockville, Maryland 20850
(301)340-2450 ext. 13
Attorney for Plaintiff